# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, SUCCESSOR IN INTEREST TO SKY BANK, | : No. 35 WAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| Respondent | : Order of the Superior Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| K-COR, INC., | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.